IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

Plaintiff,

v.

MTD PRODUCTS, INC.,

Defendant.

---

## ORDER

---

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed on the record this afternoon:

IT IS ORDERED that a supplemental scheduling conference is set for **March 11, 2010, at 10:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a revised proposed scheduling order, modified as discussed this afternoon, and submit it to the court on or before **March 4, 2010**.

Dated February 10, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge