IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

    Plaintiff,

v.

MTD PRODUCTS, INC.,

    Defendant.

## MINUTE ORDER

**Order Entered By Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's unopposed motion to stay and administratively close this action subject to being reopened for good cause ("Mot.") [Docket No. 18]. Local Rule 41.2 provides that a "district judge . . . may direct the clerk to close a civil action administratively subject to reopening for good cause." D.C.COLO.LCivR 41.2. Plaintiff represents that this case may be affected by the resolution of an underlying workers' compensation claim, which "may not be complete or fully resolved until six to twelve months from the filing of this motion." Mot. at 2, ¶ 4. It is

    **ORDERED** that this action is administratively closed until January 18, 2011. It is further

    **ORDERED** that either party may seek to reopen the matter or extend the length of the administrative closure by showing good cause on or before January 18, 2011. Failure to seek such relief will result in dismissal of the action without further notice to the parties.

    DATED June 21, 2010.