IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

 Plaintiff,

v.

MTD PRODUCTS, INC.,

 Defendant.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

 This matter is before the Court on the unopposed motion to reopen this action for good cause [Docket No. 20].  The Court having reviewed the motion's premises, it is

 **ORDERED** that the unopposed motion to reopen this action for good cause [Docket No. 20] is GRANTED.  This case is reopened.  The deadlines provided for in scheduling order [Docket No. 16] are reinstated until such time as the parties request amendment of the scheduling order.

 DATED January 6, 2011.