IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.  09-cv-02934-PAB-BNB          Date: February 1, 2011
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A-401

---

AMERICAN COMPENSATION INSURANCE          Ian Mitchell
COMPANY,

                    Plaintiff(s),

v.

MTD PRODUCTS, INC.,                      Edward Stewart

                    Defendant(s).

---

## COURTROOM MINUTES

---

HEARING: MOTION

Court in Session:      8:41 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   **Motion to amend scheduling order [Doc. # 22; filed 1/19/11] is
               granted for reasons stated on the record.**
                    **The case schedule is modified as follows:**
                     **Discovery Cut-Off: June 16, 2011**
                     **Dispositive motions deadline: May 19, 2011**
                     **The plaintiff shall designate all experts on or before March 1,
                     2011**
                     **The Defendant shall designate all experts and rebuttal experts
                     on or before April 15, 2011.**
                    **The plaintiff shall designate all rebuttal experts on or before**

**May 16, 2011.**

**ORDERED:**  **The final pretrial conference set for June16, 2011 is vacated and reset to July 18, 2011 at 8:30 a.m. Proposed final pretrial order shall be submitted on or before July 11, 2011.**

Court in Recess:   9:03 a.m.   Hearing concluded.   Total time in Court: 00:22

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.