IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

Plaintiff,

v.

MTD PRODUCTS, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the defendant's **Motion to Amend Scheduling Order** [Doc. # 22, filed 1/19/2011] (the "Motion"). I held a hearing on the Motion this morning and made rulings no the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 22] is GRANTED, and the case schedule is modified to the following extent:

      Discovery Cut-Off:      **June 16, 2011**

      (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

      Dispositive Motions Deadline:      **May 19, 2011**

      Expert Disclosures:

      (a)    The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 1, 2011**

      (b)      The defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 15, 2011**

      (c)      The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 16, 2011**

Final Pretrial Conference: The final pretrial conference set for June 16, 2011, at 8:30 a.m., is VACATED and RESET to **July 18, 2011, at 8:30 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 11, 2011**.

Dated February 1, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge