IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

Plaintiff,

v.

MTD PRODUCTS, INC.,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reschedule the Pretrial Conference Scheduled on July 25, 2011** [docket no. 30, filed April 14, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for July 25, 2011, is **vacated and reset to August 8, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **August 1, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: April 15, 2011