IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

Plaintiff,

v.

MTD PRODUCTS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Dismiss Motion to Compel or Strike Benjamin Railsback** [docket no. 46, filed June 28, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as to vacating the hearing only, and the hearing set for June 30, 2011 is VACATED.

IT IS FURTHER ORDERED that the **Motion to Compel or to Strike** [42] is DENIED AS MOOT.


DATED:  June 28, 2011