IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02934-PAB-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

Plaintiff,

v.

MTD PRODUCTS, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Vacate and Reschedule the Pretrial Conference Scheduled on August 8, 2011** [docket no. 49, filed July 18, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for August 8, 2011, is **vacated and reset to August 30, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **August 23, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED: July 19, 2011