IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02934-RBJ-BNB | Date: September 26, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

AMERICAN COMPENSATION INSURANCE        Ian Mitchell
COMPANY,                                Heather Cleary

      Plaintiff(s),

v.

MTD PRODUCTS, INC.,                     Matthew Stevens
                                        Edward Stewart

      Defendant(s).

## COURTROOM MINUTES

HEARING: MOTION

Court in Session: 2:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion to strike defendant's supplemental disclosure [doc.#72; filed 9/14/11] is denied for reasons stated on the record.**

Court in Recess: 2:46 p.m.      Hearing concluded.   Total time in Court: 00:16

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.