IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02934-RBJ-BNB

AMERICAN COMPENSATION INSURANCE COMPANY,

Plaintiff,

v.

MTD PRODUCTS, INC.,

Defendant.

## ORDER

This matter arises on **Plaintiff's Motion to Strike Defendant's Supplemental Disclosure** [Doc. # 72, filed 9/14/2011] (the "Motion to Strike"). I held a hearing on the Motion to Strike this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion to Strike [Doc. # 72] is DENIED.

(2)  The plaintiff is granted leave to depose Dr. Maureen T.F Reitman. The deposition shall occur, if at all, at a date and time as the parties and the witness may agree provided the deposition is completed no later than January 31, 2012.

Dated September 26, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge